```
                    FILED
           CLERK, U.S. DISTRICT COURT

               JUN - 7 2012

           CENTRAL DISTRICT OF CALIFORNIA
           BY                    DEPUTY
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CR08-146 AHM

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ORDER OF DETENTION AFTER |
| v. | ) HEARING (Fed.R.Crim.P. 32.1(a)(6) |
| _Lonn Plans_ | ) Allegations of Violations of Probation |
| | ) Supervised Release) |
| | ) Conditions of Release) |
| Defendant. | ) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

(A) (✓) the appearance of defendant as required; and/or

(B) ( ) the safety of any person or the community.

//
//

The court concludes:

A.   (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that: _see proposed_ _____

_____

_____

_____

(B)  (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that: _see proposed_ _____

_____

_____

_____

IT IS ORDERED that defendant be detained.

DATED: _____

*[signature]*
STEPHEN J. HILLMAN
UNITED STATES MAGISTRATE JUDGE

2